## Tate *v.* The State.

LUMPKIN, P. J.  While the evidence, which was entirely circumstantial, was consistent with the guilt of the accused and sufficient to raise a strong suspicion against him, it was also consistent with the hypothesis that he was innocent, and did not establish the charge made in the accusation with that degree of certainty which the law requires in criminal cases.

*Judgment reversed. All the Justices concurring.*

Submitted February 5,—Decided February 26, 1900.

Accusation of buying and receiving stolen goods. Before Judge Calhoun. Criminal court of Atlanta. December term, 1899.

*S. C. Crane* and *J. L. Cobb,* for plaintiff in error.

*James F. O'Neill, solicitor,* contra.